1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SACV 16-00458-CJC (DFMx) |
|---|---|
| Plaintiff, | |
| v. | CONSENT JUDGMENT AS TO CLAIMANT LE HOAI LE ONLY |
| ONE 2011 MERCEDES-BENZ SL63 AMG, $4,000.00 IN U.S. CURRENCY, $322,980.00 IN U.S. CURRENCY, $7,603.00 IN U.S. CURRENCY, ONE MEN'S ROLEX WATCH, AND ELEVEN ASSORTED WATCHES, | [This judgment is dispositive as to one claimant, but is not case-dispositive] |
| Defendant, | |
| LE HOAI LE, XIAO LIU, AND LINH THI TRAN DANG | |
| Claimants. | |

1  This action was filed on March 9, 2016 against the defendant $4,000.00 in U.S.
2  Currency ("defendant currency"), among other defendants. Le Hoai Le ("Le"), from
3  whom the defendant currency was seized, claims an interest in the defendant currency,
4  and filed a claim and answer to the complaint. No person other than Le is believed to
5  have an interest therein as to the $4,000.00 in U.S. Currency. Notice has been given and
6  published in accordance with the law. No other claims or answers have been filed with
7  respect to the defendant currency, and the time for filing claims and answers has expired.
8  Plaintiff United States of America and Le have reached an agreement that is dispositive
9  of all claims concerning the defendant currency, and have requested that this consent
10 judgment be entered. Nothing in this consent judgment is intended or should be
11 interpreted as an admission of wrongdoing by Le.
12     WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:
13     A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345
14 and 1355 and over the parties hereto.
15     B.   The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C.
16 § 881(a)(6).
17     C.   Notice of this action has been given in accordance with law. All potential
18 claimants to the defendant currency other than Le are deemed to have admitted the
19 allegations of the Complaint. The allegations set out in the complaint are sufficient to
20 establish a basis for forfeiture.
21     D.   $2,000.00 of the defendant currency, plus all interest earned on the entirety
22 of the defendant currency since seizure, shall be and hereby is forfeited to the United
23 States of America, which shall dispose of $2,000.00 of the defendant currency in the
24 manner required by law.
25     E.   $2,000.00 of the defendant currency, without interest, shall be returned to
26 the claimant, Le.
27     F.   The funds to be returned to Le shall, at the government's option, be returned
28

by either check or wire transfer within 60 days of the date this Judgment is entered. If the United States elects to make the payment by check, the check will be payable to "The Law Offices of John R. Cogorno client trust account," and mailed to Le, in care of her attorney, John R. Cogorno, Esq., 14121 Beach Boulevard, Westminster, CA 92383. If the United States elects to make the payment by wire transfer, the funds will be wire transferred to a bank account designated by Le. Le shall provide the necessary bank account information and personal identifiers upon request from the United States.

      G.    Le has released the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of potential claimant Le Hoai Le, whether pursuant to 28 U.S.C. § 2465 or otherwise. Le waives any rights she may have to seek remission of the forfeiture ordered herein.

      The Court finds that there was reasonable cause for the institution of these proceedings. This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: January 3, 2017       _____
                                  THE HONORABLE CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE