JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar No. 310120)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4493
    Facsimile: (213) 894-7177
    E-mail: Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2011 MERCEDES-BENZ SL63 AMG, $4,000.00 IN U.S. CURRENCY, $322,980.00 IN U.S. CURRENCY, $7,603.00 IN U.S. CURRENCY, ONE MEN'S ROLEX WATCH, AND ELEVEN ASSORTED WATCHES,<br><br>    Defendant,<br><br>LE HOAI LE, XIAO LIU, AND LINH THI TRAN DANG<br><br>    Claimants. | No. CV 16-00458-CJC (DFMx)<br><br>[~~PROPOSED~~]<br>CONSENT JUDGMENT AS TO CLAIMANT XIAO LIU ONLY<br><br>[This judgment is dispositive as to one claimant, but is not case-dispositive] |

This action was filed on March 9, 2016 against the defendant One 2011 Mercedes-Benz SL63 AMG ("defendant vehicle"), among other defendants. Xiao Liu ("Liu"), from whom the defendant vehicle was seized, claims an interest in the defendant vehicle, and filed a claim and answer to the complaint. No person other than Liu is believed to have an interest in the defendant vehicle. Notice has been given and published in accordance with the law. No other claims or answers have been filed with respect to the defendant vehicle, and the time for filing claims and answers has expired. Plaintiff United States of America and Liu have reached an agreement that is dispositive of all claims concerning the defendant vehicle, and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Liu.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.   The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

C.   Notice of this action has been given in accordance with law. All potential claimants to the defendant vehicle other than Liu are deemed to have admitted the allegations of the Complaint. The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

D.   The defendant 2011 Mercedes-Benz SL63 AMG shall be returned to the claimant, Liu.

E.   Liu has released the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement

agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of claimant Xiao Liu, whether pursuant to 28 U.S.C. § 2465 or otherwise.

The Court finds that there was reasonable cause for the institution of these proceedings. This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: January 27, 2017

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: January 23, 2017

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

CHRISTEN A. SPROULE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: January 23, 2017

JOHN R. COGNORO, ESQ.
Attorney for Claimant
XIAO LIU

DATED: January 25, 2017

XIAO LIU
Claimant

3