# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  vs.<br><br>ONE 2011 MERCEDES-BENZ SL63 AMG, $4,000.00 IN U.S. CURRENCY, $322,980.00 IN U.S. CURRENCY, $7,603.00 IN U.S. CURRENCY, ONE MEN'S ROLEX WATCH, AND ELEVEN ASSORTED WATCHES,<br>    Defendants.<br>_____<br>LINH THI TRAN DANG,<br>    Claimant. | NO. SACV 16-00458-CJC(DFWx<br><br>CONSENT JUDGMENT OF FORFEITURE |

This action was filed on March 9, 2016, and notice was given and published in accordance with law. Claimant Linh Thi Tran Dang ("Claimant"), from whose residence the defendants $322,980.00 in U.S. Currency, $7,603.00 in U.S. Currency, One Men's Rolex Watch, and Eleven Assorted Watches (collectively, the "Defendant Assets") were seized, filed a timely claim for return of the Defendant

Assets. No other claims related to the Defendant Assets have been filed, and the time for filing claims has expired.

Plaintiff and Claimant have reached an agreement that is dispositive of the entire action, and they stipulate and request that judgment be entered on the following terms.

The Court has reviewed the stipulation and request of the parties to enter judgment and, good cause appearing therefor, IT IS ORDERED, ADJUDGED AND DECREED THAT:

This Court has jurisdiction over Plaintiff, Claimant, the Defendant Assets and the subject matter of this action.

Notice of this action has been given in accordance with law, and all potential claimants to the Defendant Assets (other than Claimant) are deemed to have admitted the allegations of the Complaint. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

The United States of America shall have judgment as to $165,291.50 of the defendant funds, plus any interest earned thereon since the seizure. No other person or entity shall have any right, title or interest in the funds forfeited to the United States. The government is ordered to dispose of said funds in accordance with law. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant.

No later than sixty days after the date this judgment is entered, or sixty days after Claimant provides the information described below, whichever is later, the government shall return to Claimant $165,291.50 of the defendant funds, without interest,

1  and the defendant One Men's Rolex Watch and Eleven Assorted
2  Watches.
3      If the United States elects to make the payment of the
4  $165,291.50 by check, the check shall be payable to the "John R.
5  Cogorno Law Office client trust account," and mailed to Claimant
6  in care of her attorney, Mr. John R. Cogorno, 14121 Beach
7  Boulevard, Westminster, California 92683.  If the United States
8  elects to make the payment by wire transfer, the funds shall be
9  wire transferred to the John R. Cogorno Law Office Client Trust
10 Account.  Upon request from the United States, Claimant shall
11 provide her personal identifying information and any necessary
12 bank account information necessary to complete the transfer.
13      The Court finds that there was reasonable cause for the
14 seizure of the Defendant Assets and institution of these
15 proceedings. This judgment shall be construed as a certificate of
16 reasonable cause pursuant to 28 U.S.C. § 2465.  Each of the
17 parties shall bear its own costs and fees.
18      IT IS SO ORDERED.

Dated: July 23, 2018     _____
                         THE HONORABLE CORMAC J. CARNEY
                         UNITED STATES DISTRICT JUDGE

SIGNATURES ON NEXT PAGE

Approved as to form and content:

DATED: July 13, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: July 23, 2018

_____
JOHN R. COGORNO
Attorney for Claimant,
Linh Thi Tran Dang